IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STEWART, REBECCA HOWARD and PHILIP MCCALL, for the themselves and all others similarly situated,<br>    Plaintiffs,<br>v.<br><br>FIRST STUDENT, INC.,<br>    Defendant. | Case No. 20-cv-2556-CDJ |

## PLAINTIFFS' MOTION FOR FLSA CONDITIONAL CERTIFICATION

For the reasons stated in the attached Memorandum, Plaintiffs respectfully move this Court to enter their proposed Order granting conditional certification, authorizing them to disseminate notice of this lawsuit to all individuals who have worked as First Student Drivers in any week during the maximum FLSA limitations period and granting the other relief described therein.

Dated: July 16, 2020

Respectfully submitted,

*/s/ David J. Cohen*
David J. Cohen
STEPHAN ZOURAS LLP
604 Spruce Street
Philadelphia, PA 19106

James B. Zouras
STEPHAN ZOURAS LLP
100 North Riverside Plaza, Suite 2150
Chicago, IL 60606

*Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing pleading to be served upon all record counsel by electronically filing said document *via* the Court's ECF system on July 16, 2020.

*/s/ David J. Cohen*